IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MANCINI, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> DELAWARE COUNTY, PA, *et al.*, <br>     *Defendants*. | : <br> : <br> : <br> :   **CIVIL NO. 24-2425** <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this **28th** day of **August 2024**, upon consideration of Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 14), Defendants' Response in Opposition (ECF No. 17) and Plaintiffs' Reply in Support of its Motion (ECF No. 18), it is **hereby ORDERED** that Plaintiffs' Motion (ECF No. 14) is **DENIED**. [1]

BY THE COURT:

/s/ Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**

---

[1] After Defendants filed a Motion to Dismiss (ECF No. 9), which is still pending, Plaintiffs filed a Rule 12(c) Motion for Judgment on the Pleadings. *See* ECF No. 14. Federal Rule of Civil Procedure 12(c) provides that "[a]fter the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings." Fed. R. Civ. P. 12(c). Here, as Defendants correctly note in their Opposition to Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 17), the pleadings are not "closed" because Defendants have not filed an answer. *Brown v. Port Auth. Transit Corp.*, No. CV 22-3199, 2023 WL 4747678, at *6 (E.D. Pa. July 24, 2023) (citing *inter alia Atiyeh v. Nat'l Fire Ins. Co. of Hartford*, 742 F. Supp. 2d 591, 595 (E.D. Pa. 2010) ("The pleadings are closed after an answer is filed, along with a reply to any additional claims asserted in the answer.")). Accordingly, Plaintiffs' Motion for Judgment on the Pleadings (ECF No. 14) must be denied because it is premature as the pleadings are not yet closed.