IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MANCINI, *et al.*,<br>    *Plaintiffs,*<br><br>    v.<br><br>DELAWARE COUNTY, PA, *et al.*,<br>    *Defendants.* | :<br>:<br>:<br>:  CIVIL NO. 24-2425<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **9th** day of **September 2024**, upon consideration of Defendants' Motion to Dismiss (ECF No. 9) and Plaintiffs' Response in Opposition (ECF No. 12), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendants' Motion (ECF No. 9) is **GRANTED** and the Complaint is dismissed without prejudice.

**IT IS FURTHER ORDERED** that if Plaintiffs elect to amend their Complaint, they must do so **within thirty (30) days** of this Order. If Plaintiffs do not do so, this Court will dismiss this case with prejudice.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge