IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANCINI, *et al.* | : | No. 2:24-cv-02425-KNS |
| Plaintiffs. | : | JURY TRIAL DEMANDED |
| v. | : | |
| DELAWARE COUNTY, *et al.* | : | |
| Defendants. | : | |

**MOTION TO DISMISS AMENDED COMPLAINT FILED BY DEFENDANTS DELAWARE COUNTY, DELAWARE COUNTY BOARD OF ELECTIONS, AND JAMES ALLEN**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Delaware County, the Delaware County Board of Elections, and James Allen (the "Defendants") move to dismiss the Amended Complaint filed by Plaintiffs and respectfully request this Court issue an order in favor of the Defendants and against Plaintiffs dismissing this case with prejudice. In support, the Defendants rely on and incorporate by reference their Memorandum of Law, filed contemporaneously, and any oral argument that may be held.

Respectfully submitted,

Dated: October 18, 2024

**DUANE MORRIS LLP**

By: */s/J. Manly Parks*
J. Manly Parks (74647)
Nicholas M. Centrella, Jr. (326127)
Brian A. Kennedy (334441)
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020

*Attorneys for Delaware County, the Delaware County Board of Elections, and James Allen*