IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANCINI, *et al.* | : No. 2:24-cv-02425-KNS |
| Plaintiffs. | : JURY TRIAL DEMANDED |
| v. | : |
| DELAWARE COUNTY, *et al.* | : |
| Defendants. | : |

**[PROPOSED] ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE**

**AND NOW,** this _ day of **October, 2024,** upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, it is **hereby ORDERED** that Defendants' Motion is **GRANTED** and the Complaint is dismissed with prejudice.

                                            **BY THE COURT**:

                                            HON. KAI N. SCOTT
                                            United States District Court Judge