## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2024, I caused a copy of the foregoing to be served

on all pro se Plaintiffs via this Court's ECF system and via e-mail:

Robert Mancini
delcocyber@gmail.com

Gregory Stenstrom
gregorystenstrom@gmail.com

Leah Hoopes
leahfreedelcopa@protonmail.com

Joy Schwartz
jschwartzpro@gmail.com

Dated: October 18, 2024                                                   */s/ J. Manly Parks*
                                                                          J. Manly Parks