**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT MANCINI,** *et al.*, | : |
| *Plaintiffs,* | : |
| | : |
| **v.** | : **CIVIL NO. 24-2425** |
| | : |
| **DELAWARE COUNTY, PA,** *et al.*, | : |
| *Defendants.* | : |
| | : |

## ORDER

**AND NOW**, this **5th** day of **November 2024**, upon consideration of Defendants' Motion

to Dismiss (ECF No. 26), to which there has been no timely response by Plaintiffs, it is **hereby**

**ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendants' Motion

(ECF No. 26) is **GRANTED**, and Plaintiffs' case is **DISMISSED without leave to amend.**

The Clerk is directed to **CLOSE** this case.

**BY THE COURT:**

**HON. KAI N. SCOTT
United States District Court Judge**