# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-3076

In re: Gregory Stenstrom, et al

(U.S. District Court No.: 2-24-cv-02425)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     November 22, 2024
LMR/cc:     Kathryn Buckley,
John P. Child,
Sean Patrick Connolly,
Susanna Dejeet,
Ashley Duff,
Felice Finn,
Geno Gallo,
Carrie Hahn,
Leah Hoopes,
Ms. Carris J. Kocher,
Erik Kocher,
Robert Mancini,
Jon Marietta,
Renee Mazer,
Michael Miller,

A True Copy:

Patricia S. Dodszuweit, Clerk

Alessandra Mungioli, Esq.
J. Manly Parks, Esq.
Melanie Patterson,
Joy Schwartz,
Marty Selker,
Darlene Smail,
Gregory Stenstrom,
Scott Edwin Thomas,
Jeanne White,
Mr. George V. Wylesol,
Brian Yanoviak,